Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

No. 67537.—Corrigan Dispatch Company *v.* United States, protest 61/24766 (Laredo).

Opinion by RAO, J. It was stipulated that only specified percentages of the merchandise have a staple of 1⅛ inches or more in length, subject to the additional duty. As to the remainder of the merchandise, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MARCH 27, 1963

No. 67538.—A. & A. Food Products, Inc., and Chas. H. Asche & Co., Inc., et al. *v.* United States, protests 61/24128, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 CCPA 78, C.A.D. 733), the claim of the plaintiffs was sustained.

No. 67539.—A. V. Olsson Trading Co. *v.* United States, protests 62/10964 and 62/13263 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 CCPA 78, C.A.D. 733), the claim of the plaintiff was sustained.

No. 67540.—C. S. Emery & Company *v.* United States, protest 59/31501 (St. Albans).